# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ALYCE APPLE                                                                                        PLAINTIFF

V.                                           5:18CV00204 JM

KOHLER COMPANY, INC.                                                                DEFENDANT

## ORDER OF DISMISSAL

According to the Motion to Dismiss, the parties have settled this action.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Clerk is directed to close the case.

Dated this 18th day of September 2018.

_____
James M. Moody Jr.
United States District Judge